CO-386-online
10/03

# United States District Court
# For the District of Columbia

WILDEARTH GUARDIANS, et al., )
)
)
)
vs    Plaintiff  )   Civil Action No._____
)
H. DALE HALL, in his official capacity as  )
Director of the U.S. Fish and Wildlife  )
Service, et al.,  )
Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for _____**Plaintiffs**_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Born Free USA United with Animal Protection Institute which have any outstanding securities in the hands of the public:

There are no such parent companies, subsidiaries or affiliates for the above named Plaintiff, Born Free USA United with Animal Protection Institute, a non-profit organization.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/_____
Signature

District of DC # CO0028           Matt Kenna
BAR IDENTIFICATION NO.          Print Name

679 E. 2nd Avenue, Suite 11B
Address

Durango, Colorado  81301
City         State         Zip Code

(970) 385-6941
Phone Number