CO-386-online
10/03

# United States District Court
# For the District of Columbia

WILDEARTH GUARDIANS, et al., )
)
)
)
vs   Plaintiff )   Civil Action No._____
)
H. DALE HALL, in his official capacity as )
Director of the U.S. Fish and Wildlife )
Service, et al., )
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for _____**Plaintiffs**_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Animal Protection of New Mexico__ which have any outstanding securities in the hands of the public:

There are no such parent companies, subsidiaries or affiliates for the above named Plaintiff, Animal Protection of New Mexico, a non-profit organization.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/_
Signature

District of DC # CO0028
BAR IDENTIFICATION NO.

Matt Kenna
Print Name

679 E. 2nd Avenue, Suite 11B
Address

Durango, Colorado  81301
City          State          Zip Code

(970) 385-6941
Phone Number