1        IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS )<br>312 Montezuma Avenue )<br>Santa Fe, NM 87501 )<br>)<br>CENTER FOR NATIVE ECOSYSTEMS )<br>1536 Wynkoop Street, Suite 303 )<br>Denver, CO 80202 )<br>)<br>BORN FREE USA UNITED WITH )<br>ANIMAL PROTECTION INSTITUTE )<br>1122 S. Street )<br>Sacramento, CA 95811 )<br>)<br>ANIMAL PROTECTION OF NEW MEXICO )<br>301 Gold Avenue, SW )<br>Albuquerque, NM 87102 )<br>)<br>CARSON FOREST WATCH )<br>c/o WildEarth Guardians )<br>312 Montezuma Avenue )<br>Santa Fe, NM 87501 )<br>)<br>        Plaintiffs, )<br>)<br>  vs. )<br>)<br>H. DALE HALL, in his official capacity as )<br>Director of the U.S. Fish and Wildlife Service )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>THE U.S. FISH AND WILDLIFE SERVICE )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>DIRK KEMPTHORNE, in his official capacity as )<br>Secretary of the Department of Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>THE U.S. DEPARTMENT OF INTERIOR )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>        Defendants. )<br>_____) | Civil Action No. _____<br><br>MOTION TO APPEAR<br>PRO HAC VICE<br>BY NON-ADMITTED<br>ATTORNEY<br>MATTHEW K. BISHOP |

WildEarth Guardians v. Hall  Page 1

Pursuant to Local Rule LCvR 83.2(d), I, Matthew K. Bishop, hereby respectfully request to appear *pro hac vice* on behalf of Plaintiffs in the above referenced case. I declare the following under the penalty of perjury:

(1) My full name is Matthew Kellogg Bishop;

(2) My office address and telephone number is Western Environmental Law Center, 104 E. Broadway, Suite 7, Helena, Montana 59601, (406) 443-3501;

(3) I have been admitted to practice in the following courts on the dates listed:

| Court | Date Admitted |
|---|---|
| U.S. District Court for the District of Colorado | February 15, 2002 |
| U.S. District of Court for the District of New Mexico | December 9, 2003 |
| U.S. Court of Appeals for the Tenth Circuit | November 22, 1999 |
| U.S. Court of Appeals for the Ninth Circuit | June 4, 2002 |
| U.S. Court of Appeals for the D.C. Circuit | November 19, 2002 |

(4) I hereby certify that I am an attorney in good standing and eligible to practice in the above listed courts. I further certify that I do not have any pending disciplinary sanction actions and I have never been subject to any disciplinary sanctions by any court or Bar Association.

(5) I have not been admitted, nor requested to be admitted *pro hac vice* in this Court within the last two years.

(6) I do not engage in the practice of law from an office located in the District of Colombia and I do not have an application for membership pending with the District of Columbia Bar.

(7) Matt Kenna, an attorney admitted to practice in and a member in good standing of the bar of this court, will continue to serve as an attorney of record for all purposes in this case. Mr. Kenna's office address and phone number is Western Environmental Law Center, 679 E. 2nd Avenue, Suite 11B, Durango, Colorado, 81301,

WildEarth Guardians v. Hall  Page 2

(970) 385-6941. Mr. Kenna has consented to serve as my sponsoring member of the Bar of this Court and to be associated with me on this matter by his signature below.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

DATED: April 14th, 2008

_____
Matthew K. Bishop (NM Bar #17806)
Western Environmental Law Center
104 E. Broadway, Suite 7
Helena, MT 59601
(406) 443-3501 (tel.)
bishop@westernlaw.org

I, Matt Kenna, hereby consent to act as local counsel with the authority to act as attorney of record for all purposes, and to be associated with Matthew K. Bishop on the above referenced case.

DATED: April 15, 2008

_____
Matt Kenna (District of DC # CO0028)
Western Environmental Law Center
679 E. 2nd Ave., Suite 11B
Durango, CO. 81301
(970) 385-6941 (tel.)
kenna@westernlaw.org

WildEarth Guardians v. Hall   Page 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS<br>312 Montezuma Avenue<br>Santa Fe, NM 87501<br><br>CENTER FOR NATIVE ECOSYSTEMS<br>1536 Wynkoop Street, Suite 303<br>Denver, CO 80202<br><br>BORN FREE USA UNITED WITH<br>ANIMAL PROTECTION INSTITUTE<br>1122 S. Street<br>Sacramento, CA 95811<br><br>ANIMAL PROTECTION OF NEW MEXICO<br>301 Gold Avenue, SW<br>Albuquerque, NM 87102<br><br>CARSON FOREST WATCH<br>c/o WildEarth Guardians<br>312 Montezuma Avenue<br>Santa Fe, NM 87501<br><br>    Plaintiffs,<br><br>    vs.<br><br>H. DALE HALL, in his official capacity as<br>Director of the U.S. Fish and Wildlife Service<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>THE U.S. FISH AND WILDLIFE SERVICE<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>DIRK KEMPTHORNE, in his official capacity as<br>Secretary of the Department of Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>THE U.S. DEPARTMENT OF INTERIOR<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>    Defendants. | Civil Action No. _____<br><br>[PROPOSED] ORDER<br>FOR APPEARANCE<br>OF ATTORNEY<br>PRO HAC VICE |

WildEarth Guardians v. Hall   Page 1

1 [PROPOSED] ORDER

2 Based upon the motion of Matthew K. Bishop to appear *pro hac vice* in this action

3 on behalf of Plaintiffs and in accordance with Local Rule LCvR 83.2(d), IT IS HEREBY

4 ORDERED that the motion for attorney to appear *pro hac vice* is granted.

5

6 DATED THIS _____ day of _____ 2008.

7

8 _____
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 WildEarth Guardians v. Hall   Page 2