RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
ERIK E. PETERSEN, Trial Attorney
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel: (202) 305-0339/Fax: (202) 305-0275
erik.petersen@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS<br>312 Montezuma Avenue<br>Santa Fe, NM 87501<br><br>CENTER FOR NATIVE ECOSYSTEMS<br>1536 Wynkoop Street, Suite 303<br>Denver, CO 80202<br><br>BORN FREE USA UNITED WITH ANIMAL<br>PROTECTION INSTITUTE<br>1122 S. Street<br>Sacramento, CA 95811<br><br>ANIMAL PROTECTION OF NEW MEXICO<br>301 Gold Avenue, SW<br>Albuquerque, NM 87102<br><br>CARSON FOREST WATCH<br>c/o WildEarth Guardians<br>312 Montezuma Avenue<br>Santa Fe, NM 87501<br><br>     Plaintiffs,<br><br>     v. | Civil No. 1:08-cv-00676-RMU<br><br>**NOTICE OF APPEARANCE** |

H. DALE HALL, in his official capacity as
Director of the U.S. Fish and Wildlife Service
1849 C Street, N.W.
Washington, D.C. 20240

THE U.S. FISH AND WILDLIFE SERVICE
1849 C Street, N.W.
Washington, D.C. 20240

DIRK KEMPTHORNE, in his official capacity as
Secretary of the Department of Interior
1849 C Street, N.W.
Washington, D.C. 20240

THE U.S. DEPARTMENT OF INTERIOR
1849 C Street, N.W.
Washington, D.C. 20240

      Defendants.

      The Court and counsel will please take notice that Erik E. Petersen of the United States Department of Justice hereby enters his appearance as counsel for the Federal Defendants in the above-captioned action. Mr. Petersen's contact information is as follows:

| <u>U.S. Mail</u> | <u>Telephone</u> |
|---|---|
| U.S. Department of Justice | 202-305-0339 |
| Wildlife & Marine Resources Section | |
| Ben Franklin Station | <u>Facsimile</u> |
| P.O. Box 7369 | 202-305-0275 |
| Washington, D.C. 20044-7369 | |

| <u>Overnight or Hand Delivery</u> | <u>Electronic Mail</u> |
|---|---|
| U.S. Department of Justice | erik.petersen@usdoj.gov |
| Wildlife & Marine Resources Section | |
| 601 D Street, N.W., Room 3909 | |
| Washington, D.C. 20004 | |

    Respectfully submitted this 22th day of May, 2008.

                                         RONALD J. TENPAS
                                         Assistant Attorney General
                                         JEAN E. WILLIAMS, Chief
                                         LISA L. RUSSELL, Assistant Chief

                                         /s/ Erik E. Petersen
                                       ERIK E. PETERSEN, Trial Attorney
                                       D.C. Bar No. 489073
                                       U.S. Department of Justice
                                       Environment & Natural Resources Division
                                       Wildlife & Marine Resources Section
                                       Ben Franklin Station, P.O. Box 7369
                                       Washington, D.C. 20044-7369
                                       Telephone: (202) 305-0339
                                       Facsimile: (202) 305-0275

                                       Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

    /s/ Erik E. Petersen

ERIK E. PETERSEN