AO 440  (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WILDEARTH GUARDIANS, et al.,

    Plaintiffs,

        V.

H. DALE HALL, in his official capacity as
Director of the U.S. Fish and Wildlife
Service, et al,

    Defendants.

**SUMMONS IN A CIVIL CASE**

Cε

Case: 1:08-cv-00676
Assigned To : Urbina, Ricardo M.
Assign. Date : 4/17/2008
Description: Admn. Agency Review

      TO: (Name and address of Defendant)

        H. Dale Hall, Director
        U.S. Fish and Wildlife Service
        1849 C Street, N.W.
        Mail Stop 3238 MIB
        Washington, D.C. 20240

   **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

        Matt Kenna
        Western Environmental Law Center
        679 E. 2nd Avenue, Suite 11B
        Durango, Colorado 81301

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

APR 1 8 2008

CLERK                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 05/02/2008 | |
| NAME OF SERVER *(PRINT)*  Dina M. Gonzales | TITLE Administrative Coordinator | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  U.S. Postal Service − Certified Mail / Return Receipt

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  $0.00 | SERVICES  $6.62 | TOTAL  $6.62 |

### DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   06/05/08  
　　　　　　　　*Date*　　　　　　*Signature of Server*

P.O. Box 1507, Taos, NM 87571  
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WILDEARTH GUARDIANS, et al.,

Plaintiffs,

V.

H. DALE HALL, in his official capacity as
Director of the U.S. Fish and Wildlife
Service, et al,

Defendants.

**SUMMONS IN A CIVIL CASE**

CAS

Case: 1:08-cv-00676
Assigned To : Urbina, Ricardo M.
Assign. Date : 4/17/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

U.S. Fish and Wildlife Service
1849 C Street, N.W.
Washington, D.C. 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matt Kenna
Western Environmental Law Center
679 E. 2nd Avenue, Suite 11B
Durango, Colorado 81301

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    APR 1 8 2008

CLERK                                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  05/02/2008 |
| NAME OF SERVER *(PRINT)*  Dina M. Gonzales | TITLE  Administrative Coordinator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  U.S. Postal Service – Certified Mail / Return Receipt

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0.00 | $6.62 | $6.62 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   06/05/08
              *Date*

              *Signature of Server*

              P.O. Box 1507, Taos, NM 87571
              *Address of Server*

___

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WILDEARTH GUARDIANS, et al.,

     Plaintiffs,

       V.

H. DALE HALL, in his official capacity as
Director of the U.S. Fish and Wildlife
Service, et al,

     Defendants.

**SUMMONS IN A CIVIL CASE**

CASE  Case: 1:08-cv-00676
Assigned To : Urbina, Ricardo M.
Assign. Date : 4/17/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

     Dirk Kempthorne, Secretary
     U.S. Department of the Interior
     1849 C Street, N.W.
     Washington, D.C. 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

     Matt Kenna
     Western Environmental Law Center
     679 E. 2nd Avenue, Suite 11B
     Durango, Colorado 81301

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

APR 1 8 2008

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  05/02/2008 |
| NAME OF SERVER (PRINT)    Dina M. Gonzales | TITLE  Administrative Coordinator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  U.S. Postal Service - Certified Mail / Return Receipt

## STATEMENT OF SERVICE FEES

| TRAVEL  $0.00 | SERVICES  $6.62 | TOTAL  $6.62 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    06/05/08                    Dina M. Gonzales
                    Date                    *Signature of Server*

P.O. Box 1507, Taos, NM 87571
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WILDEARTH GUARDIANS, et al.,

    Plaintiffs,

          V.

H. DALE HALL, in his official capacity as
Director of the U.S. Fish and Wildlife
Service, et al,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE

Case: 1:08-cv-00676
Assigned To : Urbina, Ricardo M.
Assign. Date : 4/17/2008
Description: Admn. Agency Review

      TO: (Name and address of Defendant)

        U.S. Department of the Interior
        1849 C Street, N.W.
        Washington, D.C. 20240

    **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

        Matt Kenna
        Western Environmental Law Center
        679 E. 2nd Avenue, Suite 11B
        Durango, Colorado 81301

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      APR 1 8 2008

CLERK                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 05/02/2008 |
| NAME OF SERVER (PRINT) Dina M. Gonzales | TITLE Administrative Coordinator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Postal Service - Certified Mail / Return Receipt

## STATEMENT OF SERVICE FEES

| TRAVEL $0.00 | SERVICES $6.62 | TOTAL $6.62 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06/05/08          _Dina M. Gonzales_
            Date              Signature of Server

                    P.O. Box 1507, Taos, NM 87571
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WILDEARTH GUARDIANS, et al.,

     Plaintiffs,

        V.

H. DALE HALL, in his official capacity as
Director of the U.S. Fish and Wildlife
Service, et al,

     Defendants.

**SUMMONS IN A CIVIL CASE**

CASE

Case: 1:08-cv-00676
Assigned To : Urbina, Ricardo M.
Assign. Date : 4/17/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

     Civil Process Clerk
     The U.S. Attorney's Office for
     Jeffrey A. Taylor, U.S. Attorney
     District of Columbia
     501 3rd Street, NW
     Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

     Matt Kenna
     Western Environmental Law Center
     679 E. 2nd Avenue, Suite 11B
     Durango, Colorado 81301

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

APR 1 8 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 05/02/2008 |
| NAME OF SERVER *(PRINT)* Dina M. Gonzales | TITLE Administrative Coordinator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Postal Service - Certified Mail / Return Receipt

## STATEMENT OF SERVICE FEES

| TRAVEL $0.00 | SERVICES $6.62 | TOTAL $6.62 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   06/05/08                    Dina M. Gonzales
              *Date*              *Signature of Server*

          P.O. Box 1507, Taos, NM 87571
          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WILDEARTH GUARDIANS, et al.,

      Plaintiffs,

      V.

H. DALE HALL, in his official capacity as
Director of the U.S. Fish and Wildlife
Service, et al,

      Defendants.

**SUMMONS IN A CIVIL CASE**

CAS

Case: 1:08-cv-00676
Assigned To : Urbina, Ricardo M.
Assign. Date : 4/17/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

      Michael B. Mukasey
      United States Attorney General
      U.S. Department of Justice
      950 Pennsylvania Avenue, N.W.
      Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

      Matt Kenna
      Western Environmental Law Center
      679 E. 2nd Avenue, Suite 11B
      Durango, Colorado 81301

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        APR 1 8 2008

CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  05/02/2008 | |
| NAME OF SERVER *(PRINT)*   Dina M. Gonzales | TITLE   Administrative Coordinator | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  U.S. Postal Service - Certified Mail / Return Receipt

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  $0.00 | SERVICES  $6.62 | TOTAL  $6.62 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   06/05/08    _Dina M. Gonzales_
　　　　　　　　 *Date*　　　　　*Signature of Server*

P.O. Box 1507, Taos, NM 87571
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

WILDEARTH GUARDIANS, *et al.*,

    Plaintiffs,

     vs.

H. DALE HALL, in his official capacity as
Director of the U.S. Fish and Wildlife Service, *et al.*,

    Defendants.

Civil No.: 08-cv-676-RMU

AFFIDAVIT OF
MAILING SUMMONS
AND COMPLAINT

## AFFIDAVIT OF MAILING

I, _____ Dina M. Gonzales _____, hereby state that:

On the __2nd__ day of _____ May _____, __2008__, I caused to be deposited in

the United States Mail a copy of the summons and complaint in the above captioned case,

postage prepaid, certified mail, return receipt requested, addressed to the following defendant:

  H. Dale Hall, Director
  U.S. Fish and Wildlife Service
  1849 C Street, N.W.
  Mail Stop 3238 MIB
  Washington, D.C. 20240

  I have received the receipt for certified mail, No. __7007 3020 0001 4942 2852__

(attached hereto), indicating that delivery of the summons and complaint was made upon said

defendant on the __8th__ day of _____ May _____, __2008__.

  I declare under penalty of perjury that the foregoing is true and correct.

_____06/05/08_____
(Date)

_____
(Signature)

WildEarth Guardians v. Hall  Page 1



**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com ®

WASHINGTON DC 20240

| | | |
|---|---|---|
| Postage | $ | $1.82 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.62 |

Postmark Here

0571
02
05/02/2008

Sent To
H. Dale Hall, Director
U.S. Fish and Wildlife Service
1849 C Street, N.W.
Mail Stop 3238 MIB
Washington, D.C. 20240

Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

PS Form 3800, Au

7007 3020 0001 4942 2852

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

H. Dale Hall, Director
U.S. Fish and Wildlife Service
1849 C Street, N.W.
Mail Stop 3238 MIB
Washington, D.C. 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                     ☒ Agent
                                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 5/8/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)       7007 3020 0001 4942 2852

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE DISTRICT OF COLUMBIA

3

4  WILDEARTH GUARDIANS, *et al.*,                 )

5                      Plaintiffs,                )        Civil No.: 08-cv-676-RMU

6                                                 )
                                                  )
7               vs.                               )        AFFIDAVIT OF
                                                  )        MAILING SUMMONS
8  H. DALE HALL, in his official capacity as      )        AND COMPLAINT
   Director of the U.S. Fish and Wildlife Service, *et al.*,  )

9                                                 )
                      Defendants.                 )
10 _____       )

11

12                      AFFIDAVIT OF MAILING

13      I, _____Dina M. Gonzales_____, hereby state that:

14      On the _2nd_ day of _____May_____, _2008_, I caused to be deposited in

15  the United States Mail a copy of the summons and complaint in the above captioned case,

16  postage prepaid, certified mail, return receipt requested, addressed to the following defendant:

17      U.S. Fish and Wildlife Service
        1849 C Street, N.W.
18      Washington, D.C. 20240

19

20      I have received the receipt for certified mail, No. _7007 3020 0001 4942 2869_

21  (attached hereto), indicating that delivery of the summons and complaint was made upon said

22  defendant on the _8th_ day of _____May_____, _2008_.

23      I declare under penalty of perjury that the foregoing is true and correct.

24

25      ___06 / 05 / 08___                    _____
26           (Date)                                   (Signature)

27

28  WildEarth Guardians v. Hall  Page 1

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20240

| | | |
|---|---|---|
| Postage | $ | $1.82 | 0571 |
| Certified Fee | | $2.65 | 02 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.62 | 05/02/2008 |

Postmark Here

Sent To
U.S. Fish and Wildlife Service
Street, Apt. No.; or PO Box No.
1849 C Street, N.W.
City, State, ZIP+4
Washington, D.C. 20240

PS Form 3800, A

7007 3020 0001 4942 2869

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Fish and Wildlife Service
1849 C Street, N.W.
Washington, D.C. 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
M. Tyson    5/8/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7007 3020 0001 4942 2869

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

WILDEARTH GUARDIANS, *et al.,*                )
                                              )
        Plaintiffs,                    )    Civil No.: 08-cv-676-RMU
                                              )
        vs.                            )    AFFIDAVIT OF
                                              )    MAILING SUMMONS
H. DALE HALL, in his official capacity as     )    AND COMPLAINT
Director of the U.S. Fish and Wildlife Service, *et al.,*  )
                                              )
        Defendants.                    )
                                              )

## AFFIDAVIT OF MAILING

I, _____Dina M. Gonzales_____, hereby state that:

On the _2nd_ day of _____May_____, _2008_, I caused to be deposited in

the United States Mail a copy of the summons and complaint in the above captioned case,

postage prepaid, certified mail, return receipt requested, addressed to the following defendant:

      Dirk Kempthorne, Secretary
      U.S. Department of the Interior
      1849 C Street, N.W.
      Washington, D.C. 20240

    I have received the receipt for certified mail, No. _7007 3020 0001 4942 2876_

(attached hereto), indicating that delivery of the summons and complaint was made upon said

defendant on the _8th_ day of _____May_____, _2008_ .

    I declare under penalty of perjury that the foregoing is true and correct.

    _06/05/08_                   _Dina M. Gonzales_
      (Date)                        (Signature)

WildEarth Guardians v. Hall  Page 1

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WASHINGTON DC 20240

| | | |
|---|---|---|
| Postage | $ | $1.82 | 0571 |
| Certified Fee | | $2.65 | 02 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.62 | 05/02/2008 |

7007 3020 0001 4942 2876

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

Dirk Kempthorne, Secretary
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

PS Form 3800, A

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _M. Tyson_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name)   C. Date of Delivery<br>M. Tyson   5/8/08 |
| 1. Article Addressed to:<br><br>Dirk Kempthorne, Secretary<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 3020 0001 4942 2876 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

WILDEARTH GUARDIANS, *et al.*,                    )

              Plaintiffs,                    )          Civil No.: 08-cv-676-RMU

                           )

           vs.                    )          AFFIDAVIT OF
                           )          MAILING SUMMONS

H. DALE HALL, in his official capacity as                    )          AND COMPLAINT
Director of the U.S. Fish and Wildlife Service, *et al.*,                    )

                           )

           Defendants.                    )

_____

## AFFIDAVIT OF MAILING

I, <u>        Dina M. Gonzales        </u>, hereby state that:

On the <u>2nd</u> day of <u>    May    </u>, <u>2008</u>, I caused to be deposited in

the United States Mail a copy of the summons and complaint in the above captioned case,

postage prepaid, certified mail, return receipt requested, addressed to the following defendant:

       U.S. Department of the Interior
       1849 C Street, N.W.
       Washington, D.C. 20240

    I have received the receipt for certified mail, No. <u>7007 3020 0001 4942 2845</u>

(attached hereto), indicating that delivery of the summons and complaint was made upon said

defendant on the <u>8th</u> day of <u>    May    </u>, <u>2008</u>.

    I declare under penalty of perjury that the foregoing is true and correct.


<u>  06 / 05 / 08  </u>                    <u>                </u>
      (Date)                           (Signature)

WildEarth Guardians v. Hall  Page 1

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20240

| | | |
|---|---|---|
| Postage | $ | $1.82 | 0571 |
| Certified Fee | | $2.65 | |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.62 | 05/02/2008 |

Sent To

Street, Apt. No.; or PO Box No.
City, State, ZIP+4

U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

PS Form 3800, A

7007 3020 0001 4942 2845

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                              ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
M. Tyson                         5/8/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 3020 0001 4942 2845

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

WILDEARTH GUARDIANS, *et al.*,

          Plaintiffs,                        )        Civil No.: 08-cv-676-RMU

vs.                           )        AFFIDAVIT OF
                                    )        MAILING SUMMONS

H. DALE HALL, in his official capacity as    )        AND COMPLAINT
Director of the U.S. Fish and Wildlife Service, *et al.*, )

          Defendants.              )

## AFFIDAVIT OF MAILING

I, _____Dina M. Gonzales_____, hereby state that:

On the _2nd_ day of _____May_____, _2008_, I caused to be deposited in

the United States Mail a copy of the summons and complaint in the above captioned case,

postage prepaid, certified mail, return receipt requested, addressed to the following defendant:

    Civil Process Clerk
    The U.S. Attorney's Office for
    Jeffrey A. Taylor, U.S. Attorney
    District of Columbia
    501 3rd Street, NW
    Washington, D.C. 20530-0001

    I have received the receipt for certified mail, No. _7007 3020 0001 4942 2838_

(attached hereto), indicating that delivery of the summons and complaint was made upon said

defendant on the _8th_ day of _____May_____, _2008_.

    I declare under penalty of perjury that the foregoing is true and correct.

_06/05/08_
(Date)

_Dina M. Gonzales_
(Signature)

WildEarth Guardians v. Hall  Page 1

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $ $1.82 | 0571 |
| Certified Fee | $2.65 | 02 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.62 | 05/02/2008 |

7007 3020 0001 4942 2838

*Sent To*
Civil Process Clerk
The U.S. Attorney's Office for
Jeffrey A. Taylor, U.S. Attorney
District of Columbia
501 3rd Street, NW
Washington, D.C. 20530-0001

*Street, Apt. No.; or PO Box No.*
*City, State, ZIP+4*

PS Form 3800, A

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _Carrie L Parker_  ☐ Agent ☐ Addressee <br> B. Received by ( *Printed Name* )  C. Date of Delivery <br> MAY 0 8 2008 |
| 1. Article Addressed to: <br><br> Civil Process Clerk <br> The U.S. Attorney's Office for <br> Jeffrey A. Taylor, U.S. Attorney <br> District of Columbia <br> 501 3rd Street, NW <br> Washington, D.C. 20530-0001 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| | 3. Service Type <br> ☒ Certified Mail ☐ Express Mail <br> ☐ Registered ☐ Return Receipt for Merchandise <br> ☐ Insured Mail ☐ C.O.D. <br> 4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number <br> (*Transfer from service label*) | 7007 3020 0001 4942 2838 |

PS Form **3811**, February 2004          Domestic Return Receipt          102595-02-M-1540

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

WILDEARTH GUARDIANS, *et al.*,                    )
                                                  )
                Plaintiffs,                        )        Civil No.: 08-cv-676-RMU
                                                  )
        vs.                                        )        AFFIDAVIT OF
                                                  )        MAILING SUMMONS
H. DALE HALL, in his official capacity as          )        AND COMPLAINT
Director of the U.S. Fish and Wildlife Service, *et al.*,  )
                                                  )
                Defendants.                        )
                                                  )

AFFIDAVIT OF MAILING

I, _____ Dina M. Gonzales _____, hereby state that:

On the _2nd_ day of _____ May _____, _2008_, I caused to be deposited in

the United States Mail a copy of the summons and complaint in the above captioned case,

postage prepaid, certified mail, return receipt requested, addressed to the following defendant:

> Michael B. Mukasey
> United States Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001

I have received the receipt for certified mail, No. _7007 3020 0001 4942 2821_

(attached hereto), indicating that delivery of the summons and complaint was made upon said

defendant on the _8th_ day of _____ May _____, _2008_.

I declare under penalty of perjury that the foregoing is true and correct.

_06/05/08_
(Date)

_[signature]_
(Signature)

WildEarth Guardians v. Hall  Page 1

**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $ $1.82 | 0571 |
| Certified Fee | $2.65 | 02 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.62 | 05/02/2008 |

Sent To
Michael B. Mukasey
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

PS Form 3800, Au

7007 3020 0001 4942 2821

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ ☐ Agent  ☐ Addressee <br> B. Received by (Printed Name) MAY 0 8 2008  C. Date of Delivery 05-8-08 |
| 1. Article Addressed to: <br><br> Michael B. Mukasey <br> United States Attorney General <br> U.S. Department of Justice <br> 950 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20530-0001 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| | 3. Service Type <br> ☒ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 3020 0001 4942 2821 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540