UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil No. 1:08 - cv - 00676 - RMU |
| v. ) | |
| ) | |
| H. DALE HALL, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

JOINT MOTION FOR STAY TO
ACCOMMODATE SETTLEMENT NEGOTIATIONS

The Parties, by and through undersigned counsel of record, hereby submit this Joint Motion for Stay to Accommodate Settlement Negotiations. In support of this Joint Motion, the Parties state as follows:

1. On July 30, 2008, this Court issued a notice of hearing for an initial status conference on September 16, 2008, in Courtroom 30, Annex Building, Sixth Floor before Judge Ricardo M. Urbina. The notice of hearing ordered the Parties to meet and confer and file their Joint Local 16.3 Report seven days prior to the initial status hearing.

2. Pursuant to Federal Rule of Civil Procedure 26 (f) and Local Rule 16.3, the Parties met and conferred regarding this matter on August 20, 2008. As a result of this meeting, the Parties discussed the possibility of settlement and are now in agreement that settlement is likely.

3. At issue in this matter is Defendants' alleged failure to make a 90-day finding on Plaintiffs' August 1, 2007 petition to list Canada lynx ("lynx") in New Mexico. The Parties are currently in the process of discussing specific dates and a time line for completing the 90-day finding process within a reasonable amount of time. The Parties anticipate that it will take

1

approximately 45 days to complete and finalize the settlement process.

WHEREFORE, to accommodate settlement negotiations and keep attorney time and costs to a minimum, the Parties respectfully request that this Court stay all proceedings in this matter for 45 days, including the requirement to prepare a Joint Local 16.3 Report and attend the September 16, 2008 initial status conference.

Respectfully submitted this 3rd day of September, 2008.

| | |
|---|---|
| WESTERN ENVIRONMENTAL LAW CENTER | RONALD J. TENPAS<br>Assistant U.S. Attorney |
| /s/ Matthew Bishop | JEAN E. WILLIAMS, Chief |
| Matthew Bishop, *pro hac vice* | LISA L. RUSSELL, Assistant Chief |
| 103 Reeder's Alley | |
| Helena, MT 59601 | /s/ Erik Peterson |
| (406) 443-3501 (tel.) | Erik E. Peterson, Trial Attorney |
| (406) 443-6305 (fax) | Wildlife & Marine Resources Sect. |
| bishop@westernlaw.org | Ben Franklin Station, P.O. Box 7369 |
| | Washington, D.C. 20044-7369 |
| /s/ Matt Kenna | (202) 305-0339 (tel.) |
| Matt Kenna (D.C. # CO0028) | (202) 305 (0275 (fax) |
| 679 E. 2nd Ave., Suite 11B | erik.peterson@usdoj.gov |
| Durango, CO 81301 | |
| (970) 385-6941 (tel.) | Attorney for Federal-Defendants |
| kenna@westernlaw.org | |

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2008 I filed a true and correct copy of the Parties' Joint Motion for Stay and the Proposed Order with the Court's CM/ECF system which will generate a Notice of filing and Service on all parties.

/s/ Matthew Bishop
Matthew Bishop

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILDEARTH GUARDIANS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No.  1:08 - cv - 00676 - RMU |
| v. | ) | |
| | ) | |
| H. DALE HALL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

[PROPOSED] ORDER

THIS MATTER having come before the Court pursuant to the Parties' Joint Motion for Stay to Accommodate Settlement Negotiations, and good cause having been shown,

IT IS HEREBY ORDERED that all proceedings in this matter – including the requirement to prepare a Joint Local 16.3 Report and the initial status conference scheduled for September 16, 2008 – are stayed for 45 days to accommodate settlement negotiations.

Signed this ___ day of _____, 2008.

_____
The Honorable Judge Ricardo M. Urbina