UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., )<br>　　　　　Plaintiffs, )<br>v. )<br>H. DALE HALL, et al., )<br>　　　　　Defendants. ) | Civil No. 1:08-cv-00676-RMU<br><br>NOTICE OF CHANGE<br>OF ADDRESS |

　　　　Attorney for Plaintiffs, Matthew Bishop, hereby submits this Notice of Change of Address. Effective immediately, the contact information for Mr. Bishop is as follows:

Matthew Bishop
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Telephone: (406) 443-3501
Facsimile: (406) 443-6305
Email: bishop@westernlaw.org

Respectfully submitted this  3rd   day of September, 2008.

　　　　　　　　　　 /s/ Matthew Bishop
　　　　　　　　　　Matthew Bishop, *pro hac vice* (NM Bar #17806)
　　　　　　　　　　Western Environmental Law Center
　　　　　　　　　　103 Reeder's Alley
　　　　　　　　　　Helena, MT 59601
　　　　　　　　　　(406) 443-3501 (tel.)
　　　　　　　　　　bishop@westernlaw.org

　　　　　　　　　　 /s/ Matt Kenna
　　　　　　　　　　Matt Kenna (District of DC # CO0028)
　　　　　　　　　　Western Environmental Law Center
　　　　　　　　　　679 E. 2nd Ave., Suite 11B
　　　　　　　　　　Durango, CO 81301
　　　　　　　　　　(970) 385-6941 (tel.)
　　　　　　　　　　kenna@westernlaw.org

　　　　　　　　　　Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2008 I filed a true and correct copy of the foregoing Notice of Change of Address with the Court's CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Erik E. Petersen, Attorney for Federal-Defendants
erik.petersen@usdoj.gov


 /s/ Matthew Bishop
Matthew Bishop, *pro hac vice* (NM Bar #17806)
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
(406) 443-3501 (tel.)
bishop@westernlaw.org